Commonwealth *v.* Youmans, Appellant.

Argued March 13, 1972. *Russell F. Griest,* for appellant; *Harold N. Fitzkee, Jr.,* District Attorney, with him *Gary M. Gilbert,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Zugay, Appellant.

Submitted March 20, 1972. *Richard C. Shay,* Assistant Public Defender, for appellant; *Michael H. Ranck,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Order affirmed.